IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PERCY ALLEN WILLIAMS, JR.,
        Plaintiff,
    v.                                      **Judgment in a Civil Case**
ALVIN W. KELLER; ROBERT C. LEWIS;
LEWIS O. SMITH; NICOLETTE CRIDER;
W. GORE,
        Defendants.                     Case Number: 5:11-CT-3080-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as frivolous.

This Judgment Filed and Entered on September 27, 2011, with service on:
Percy Allen Williams, Jr. 0824742, Albemarle Correctional Institution, P.O. Box 460, Badin, NC 28009 (via U.S. Mail)

  September 27, 2011                                  /s/ Dennis P. Iavarone
                                                                         Clerk